**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 25, 2023**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00802-CV

---

**EASTBOUND PROPERTIES, LP AND REGIONAL PROPERTIES, LLC, Appellants**

**V.**

**RUFINA P. VILLA D/B/A GUERRERO TORTILLERIA, Appellee**

---

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2022-15518**

---

### MEMORANDUM OPINION

This is an appeal from a default judgment signed July 20, 2022. On May 16, 2023, appellants filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Poissant.